

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>Abel Eduardo FLORES-Partida<br><br>               Defendant. | Magistrate Case No. 08 MJ 8296<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 05, 2008, within the Southern District of California, defendant Abel Eduardo FLORES-Partida did knowingly and intentionally import approximately 45.06 kilograms (99.13 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                    BRANDON M. WOOD
                                    Special Agent
                                    U.S. Immigration & Customs
                                    Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th, DAY OF APRIL 2008.

                                    PETER C. LEWIS
                                    UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Brandon Wood, under penalty of perjury, declare the following to be true and correct:

On April 5, 2008 at approximately 0750 hours, Abel Eduardo FLORES-Partida entered the United States at the Calexico, California, West Port of Entry. FLORES was the driver, registered owner, and sole occupant of a 2002 Dodge Caravan. Customs Border Protection Officer (CBPO) R. Tarin noticed that the vehicle was very clean and had paint overspray on some areas, as if body work had recently been done. CBPO R. Tarin also noticed that the vehicle had a short crossing history. The vehicle was sent to the vehicle secondary for a more intensive inspection.

While in the secondary lot, Custom and Border Protection Canine Officer (CEO) B. Pyburn used his Human-Narcotics Detector Dog on the 2002 Dodge Caravan FLORES was driving. CEO B. Pyburn's HNDD alerted to the dash area of the vehicle. CEO B. Pyburn informed CBPO J. Rondan of the alert. In the vehicle secondary lot, CBPO J. Rondan received a negative Custom's declaration from FLORES. CBPO J. Rondan performed an intensive inspection of the vehicle and discovered thirty seven (37) packages within the dash area and rear quarter panels of the vehicle. CBPO J. Rondan probed a package which produced a green, leafy substance that tested positive for marijuana, a Schedule I Controlled Substance. The total weight of the packages was 45.06 kilograms (99.13 pounds).

Special Agents Wood and Stiefer advised FLORES of his rights and FLORES waived his rights. Special Agents Wood and Stiefer conducted an interview of FLORES. During the interview FLORES admitted that he was to be paid $1500 for smuggling marijuana in his vehicle from Mexico to an undisclosed location in the United States.

FLORES was placed under arrest and booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on April 05, 2008 at 08:15 p.m.

Brandon Wood
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on  4-5-08  in violation of Title 21, United States Code, Section(s)  952, 960 .

United States Magistrate Judge

4-5-08 @ 8:46 p.m.
Date/Time